IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JERRY LUCERO, and
CESAR SANCHEZ,

        Plaintiffs,

v.                                                    No. CV-12-274 CG

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**

**THIS MATTER** is before the Court on Plaintiff Jerry Lucero's *Motion to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915*, (Doc. 2), and Plaintiff Cesar Sanchez's *Motion to Proceed In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915*, (Doc. 5). The Court has carefully reviewed both motions and finds them to be well-taken.

**IT IS THEREFORE ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE